# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET MONEY RECORDS, LLC, a Florida limited liability company; and TAZ TAYLOR BEATS, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TENTHOUSAND PROJECTS, LLC, a Delaware limited liability company; TEN THOUSAND MUSIC PUBLISHING, LLC, a Delaware limited liability company; TENTHOUSAND PROJECTS HOLDINGS, LLC, a Delaware limited liability company; WARNER MUSIC GROUP CORP, a Delaware corporation; and WARNER MUSIC INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:25-cv-10614-ODW-AS<br><br>Complaint Filed: November 4, 2025<br><br>**[PROPOSED] ORDER GRANTING AMENDED MOTION OF DEFENDANTS TENTHOUSAND PROJECTS, LLC AND TENTHOUSAND MUSIC PUBLISHING, LLC TO PARTIALLY DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**[Notice of Motion and Motion To Dismiss; and Declaration of Brett T. Perala filed concurrently herewith]**<br><br>Date: November 2, 2026<br>Time: 1:30 p.m.<br>Ctrm: 5D<br><br>Judge: Hon. Otis D. Wright II |

The Motion of Defendants TenThousand Projects, LLC and TenThousand Music Publishing, LLC (hereinafter collectively the “10K Defendants”) for an Order Dismissing the Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh and Twelfth Claims for Relief asserted by Plaintiff Taz Taylor Beats (“TTB”) in Plaintiffs’ First Amended Complaint (the “FAC”), was heard on November 2, 2026, at 1:30 p.m.

The Court, having considered the 10K Defendants’ Motion, Plaintiffs’ Opposition thereto, and the 10K Defendants’ Reply papers, and finding good cause therefor, hereby GRANTS the Motion, and ORDERS as follows:

1. The Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh and Twelfth Claims for Relief of Plaintiffs’ FAC are dismissed, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted, on the following grounds:

a. TTB’s claims for breach of contract (Count Four), promissory estoppel (Count Five), fraudulent inducement (Count Six), fraud (Count Seven), unjust enrichment (Count Eight), accounting (Count Nine) and breach of fiduciary duty (Count Ten) are barred by the statutes of limitations applicable to those claims.

b. TTB’s claims for breach of contract (Count Four), an accounting (Count Nine) and breach of fiduciary duty (Count Ten) fail to plausibly allege a joint venture agreement between TTB and the 10K Defendants.

c. Counts Eleven and Twelve of the FAC seeking a declaratory judgment are derivative of TTB’s deficient remaining causes of action and do not constitute cognizable independent claims for relief.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
Hon. Otis D. Wright II
UNITED STATES DISTRICT JUDGE